Exhibit 2

| US9219982B2 | LifeStation Sidekick Smart ("The accused product") |
|---|---|
| 1. A telephone comprising a display panel, a processor, and a datastore comprising | The accused product operates as a telephone (e.g., LifeStation Sidekick Smart operating as a telephone with 2-way communication, etc.) comprising a display panel (e.g., display of the accused product), a processor (e.g., processor of the accused product), and a datastore (e.g., memory of the accused product).<br><br>As shown below, the accused product operates as a telephone with 2-way communication. The accused product includes a full-color capacitive touch display to display text or graphics, a processor and memory to store data related to apps, contacts, etc.<br><br><br>https://www.lifestation.com/pdp-sidekick-smart/ |



https://www.lifestation.com/pdp-sidekick-smart/

About  |  **Full Technical Specs**

- Built-In Speaker
- Bluetooth
- 4G Lite
- Built-In Lithium Battery
- Screen size 1.82 inch
- LCD screen 360 x 320 high resolution, capacitive touch.

display panel

- Case size 47mm
- 24mm Band with spring pin
- Watch band circumference-smallest setting (7 inches) to largest setting (9 inches)
- For use in the United States only

https://www.lifestation.com/pdp-sidekick-smart/

**About**  |  Full Technical Specs

LifeStation Sidekick Smart comes equipped with the following features:

- 4G Network – Includes 4G LTE cellular data connection that operates nationwide.
- Heart Rate Monitor – Built-in heart rate monitor allows you to check your heart rate anytime.
- Pedometer – Built-in pedometer tracks your steps, helping you live a more active, healthy lifestyle.
- GPS – GPS positioning pinpoints your exact location to send emergency services when needed.
- Water Resistant – Water-resistant for use in the shower, while washing hands, watering plants, etc.
- 2-Way Communication – Allows you to speak with our US-based Emergency Monitoring Center by talking directly into the watch.

https://www.lifestation.com/pdp-sidekick-smart/

## Standalone, GPS-enabled System

The Sidekick Smart from LifeStation is a standalone medical device.

It doesn't need a smartphone to work properly. The system includes

a built-in cellular connection included in your monthly monitoring

fees.

https://www.medicalalertbuyersguide.org/smartwatch-medical-alert-system/lifestation-
sidekick-smart-medical-alert-watch-review/

### A Medical Alert Device That Doesn't Look Like One ⌃

The Sidekick Smart is a customized EV05 Android-powered wearable made by Eview. It has a
black finish and a round 1.82-inch, full-color capacitive touch display with 360-by-320-pixel
resolution. It comes with a black rubber wrist band and has an IPX8 water resistance rating which
means you can wear it in the shower and outside in the elements. That said, don't submerge it, as
the watch isn't designed for that situation.

Onboard Bluetooth and 4G cellular radios enable a connection to the emergency response center,
while GPS and Wi-Fi radios allow emergency response agents to pinpoint your exact location. A
built-in pedometer keeps track of your steps, tells you how many calories you've burned, and
records how far you travel (in feet). You can also view the local weather report from the watch.

https://www.lifestation.com/pdp-sidekick-smart/

| | |
|---|---|
| | When it comes to the brains inside smartwatches and fitness bands, you'll hear two terms thrown about, often interchangeably – microprocessor and microcontroller. Depending on the model you buy, you'll have one or the other, possibly both – but they're not the same thing.<br><br>https://www.techradar.com/news/wearables/how-smart-watches-work-1301165<br><br>**Memory**<br>As with other computers, smartwatches use RAM and storage memory. They typically use Low-Power DDR (LPDDR) RAM, optimized for mobile and embedded systems and balancing performance and battery efficiency. Typical smartwatches have 512MB to 2GB of LPDDR RAM, sufficient for their limited app load. For storage, smartwatches rely on flash memory, which is fast, durable, and retains data even when powered off. Flash memory typically ranges from 4 to 16GB, storing the operating system, firmware, drivers, libraries, apps, and app data.<br><br>https://www.engineersgarage.com/smartwatch-embedded-hardware-software-design/ |
| at least one function comprising information relating to a current location of the telephone and a user of the telephone | The accused product discloses at least one function (e.g., Hard fall detection, etc.) comprising information relating to a current location of the telephone (e.g., current GPS location of the accused product) and a user of the telephone (e.g., information related to the user such as user name, user emergency contacts, etc.).<br><br>As shown below, the accused product includes a hard fall detection feature. When the accused product detects an incident with its sensors, it automatically sends an alert to the loved ones, 24/7 emergency service centre, etc. This alert includes the current GPS location of the accused product, user name, etc. sent to the user's emergency contacts that are preconfigured in the accused product. |

About | Full Technical Specs

LifeStation Sidekick Smart comes equipped with the following features:

- 4G Network – Includes 4G LTE cellular data connection that operates nationwide.
- Heart Rate Monitor – Built-in heart rate monitor allows you to check your heart rate anytime.
- Pedometer – Built-in pedometer tracks your steps, helping you live a more active, healthy lifestyle.
- GPS – GPS positioning pinpoints your exact location to send emergency services when needed.
- Water Resistant – Water-resistant for use in the shower, while washing hands, watering plants, etc.
- 2-Way Communication – Allows you to speak with our US-based Emergency Monitoring Center by talking directly into the watch.

https://www.lifestation.com/pdp-sidekick-smart/



https://www.youtube.com/watch?v=3vt5-xfVrK0



https://www.youtube.com/watch?v=3vt5-xfVrK0

## A Medical Alert Device That Doesn't Look Like One ⌃

The Sidekick Smart is a customized EV05 Android-powered wearable made by Eview. It has a black finish and a round 1.82-inch, full-color capacitive touch display with 360-by-320-pixel resolution. It comes with a black rubber wrist band and has an IPX8 water resistance rating which means you can wear it in the shower and outside in the elements. That said, don't submerge it, as the watch isn't designed for that situation.

Onboard Bluetooth and 4G cellular radios enable a connection to the emergency response center, while GPS and Wi-Fi radios allow emergency response agents to pinpoint your exact location. A built-in pedometer keeps track of your steps, tells you how many calories you've burned, and records how far you travel (in feet). You can also view the local weather report from the watch.

https://www.pcmag.com/reviews/lifestation-sidekick-smart

## Wearable Tech Built to Support Seniors



**Enhanced Location Services**
Combines GPS & WiFi signals for pinpoint accurate location of your loved one.



**Pedometer**
Track step count to monitor daily activity and help improve physical well-being.



**Water Resistant**
Wear while showering, washing hands, or watering plants for 24/7 protection.





**Weather Forecast**
Use your Sidekick Smart to check the weather at any time.



https://www.lifestation.com/pdp-sidekick-smart/

## Location Targeting
### Faster, more reliable positioning

When a fall happens, seconds matter! With LifeStation's proprietary location technology, we capture and relay the user's exact location to loved ones and 24/7 emergency services so they can find you quickly.

Our proprietary combination of GPS, WiFi and Bluetooth signals deliver pinpoint location accuracy (even indoors) for faster, more precise, reliable service.

https://www.lifestation.com/pdp-sidekick-smart/



https://www.lifestation.com/pdp-sidekick-smart/

**Information Collected**

In general, you can visit this website without telling us who you are. Our web servers collect the domain names, not the e-mail addresses, of visitors. In addition, our web servers may collect information on the type of device or browser you are using, your IP address, your browsing behavior while on our website, and the URLs of the websites you were at before you visited our website. We use technology such as cookies to analyze website traffic patterns and gather demographic information about our visitors – see below for more information.

In addition, there are portions of this website where we may collect personal information from you for a specific purpose, such as to provide you with certain information about medical alert devices and services that you requested. The information collected from you may include your name, street address, telephone, fax number, demographic information (such as your birthday), e-mail address, billing information and other personally identifiable information.

This website is not intended for persons under 16 years of age. We do not knowingly solicit or collect personal information from or about children, and we do not knowingly market our products or services to children.

https://www.lifestation.com/privacy-policy/

<table>
<tr><td></td><td>

**How It Works**

Lifestation offers both in-home and mobile medical alert systems with personal plans starting at $32.95 each month. These plans include 24/7 access to certified care specialists at monitoring centers in New Jersey and Texas.

In the event of an emergency, users press the help button to connect with a specially trained Lifestation care specialist, who can then contact the proper emergency response team for assistance. If the user is unable to speak, they can still press the button and a care specialist will connect them with a preselected contact they provide during system setup. The company offers translation services in Spanish and many other languages. Dispatch protocols are personalized, meaning care specialists don't automatically call 911. Rather, they can instead contact preselected family members and friends.

https://portal.nccdp.org/www-forbes-com-health-healthy-aging-lifestation-review.pdf

</td></tr>
<tr><td>

the telephone operable to connect to a communication network, wherein the at least one function is associated with at least one communication service, wherein the processor is operable to connect the telephone to a location server to

</td><td>

The accused product operable to connect to a communication network (e.g., communication network such as wi-fi, cellular, etc.), wherein the at least one function (e.g., hard fall detection) is associated with at least one communication service (e.g., location communication service such as GPS location tracking, etc.), wherein the processor (e.g., processor of the accused product) is operable to connect the telephone (e.g., the accused product) to a location server (e.g., LifeStation location server) to obtain a current location of the telephone (e.g., current GPS location of the accused product).

As shown below, the accused product includes a hard fall detection feature. When the accused product detects an incident with its sensors, it will automatically connect to a communication network such as Wi-fi, cellular, etc., to send an emergency alert to the loved ones, 24/7 emergency service centre, etc. This alert includes the current GPS location of the accused product sent to the user's emergency contacts that are preconfigured in the

</td></tr>
</table>

| | |
|---|---|
| obtain a current location of the telephone, | accused product. To obtain the current location of the accused product, the accused product connects to the LifeStation location server.<br><br>## Standalone, GPS-enabled System<br><br>The Sidekick Smart from LifeStation is a standalone medical device.<br><br>It doesn't need a smartphone to work properly. The system includes<br><br>a built-in cellular connection included in your monthly monitoring<br><br>fees.<br><br>https://www.medicalalertbuyersguide.org/smartwatch-medical-alert-system/lifestation-sidekick-smart-medical-alert-watch-review/ |



## LifeStation Sidekick Smart Specs

| | |
|---|---|
| **Price Per Month** | $43.95 |
| **Fall Detection** | N/A |
| **Connectivity** | Cellular |
| **Battery Life** | 24 hours |
| **Rated Pendant Range** | N/A |

https://www.pcmag.com/reviews/lifestation-sidekick-smart



https://www.youtube.com/watch?v=3vt5-xfVrK0



https://www.youtube.com/watch?v=3vt5-xfVrK0

## A Medical Alert Device That Doesn't Look Like One ⌃

The Sidekick Smart is a customized EV05 Android-powered wearable made by Eview. It has a black finish and a round 1.82-inch, full-color capacitive touch display with 360-by-320-pixel resolution. It comes with a black rubber wrist band and has an IPX8 water resistance rating which means you can wear it in the shower and outside in the elements. That said, don't submerge it, as the watch isn't designed for that situation.

Onboard Bluetooth and 4G cellular radios enable a connection to the emergency response center, while GPS and Wi-Fi radios allow emergency response agents to pinpoint your exact location. A built-in pedometer keeps track of your steps, tells you how many calories you've burned, and records how far you travel (in feet). You can also view the local weather report from the watch.

https://www.pcmag.com/reviews/lifestation-sidekick-smart

## Wearable Tech Built to Support Seniors



**Enhanced Location Services**
Combines GPS & WiFi signals for pinpoint accurate location of your loved one.



**Pedometer**
Track step count to monitor daily activity and help improve physical well-being.



**Water Resistant**
Wear while showering, washing hands, or watering plants for 24/7 protection.





**Weather Forecast**
Use your Sidekick Smart to check the weather at any time.



https://www.lifestation.com/pdp-sidekick-smart/

## Location Targeting
### Faster, more reliable positioning

When a fall happens, seconds matter! With LifeStation's proprietary location technology, we capture and relay the user's exact location to loved ones and 24/7 emergency services so they can find you quickly.

Our proprietary combination of GPS, WiFi and Bluetooth signals deliver pinpoint location accuracy (even indoors) for faster, more precise, reliable service.

https://www.lifestation.com/pdp-sidekick-smart/



https://www.lifestation.com/pdp-sidekick-smart/

**About**  |  Full Technical Specs

LifeStation Sidekick Smart comes equipped with the following features:

- 4G Network – Includes 4G LTE cellular data connection that operates nationwide.
- Heart Rate Monitor – Built-in heart rate monitor allows you to check your heart rate anytime.
- Pedometer – Built-in pedometer tracks your steps, helping you live a more active, healthy lifestyle.
- GPS – GPS positioning pinpoints your exact location to send emergency services when needed.
- Water Resistant – Water-resistant for use in the shower, while washing hands, watering plants, etc.
- 2-Way Communication – Allows you to speak with our US-based Emergency Monitoring Center by talking directly into the watch.

https://www.lifestation.com/pdp-sidekick-smart/

**Information Collected**

In general, you can visit this website without telling us who you are. Our web servers collect the domain names, not the e-mail addresses, of visitors. In addition, our web servers may collect information on the type of device or browser you are using, your IP address, your browsing behavior while on our website, and the URLs of the websites you were at before you visited our website. We use technology such as cookies to analyze website traffic patterns and gather demographic information about our visitors – see below for more information.

In addition, there are portions of this website where we may collect personal information from you for a specific purpose, such as to provide you with certain information about medical alert devices and services that you requested. The information collected from you may include your name, street address, telephone, fax number, demographic information (such as your birthday), e-mail address, billing information and other personally identifiable information.

This website is not intended for persons under 16 years of age. We do not knowingly solicit or collect personal information from or about children, and we do not knowingly market our products or services to children.

https://www.lifestation.com/privacy-policy/

| | |
|---|---|
| select a function from the datastore, and refresh a screen on the display panel to include the at least one communication service associated with the selected function based at least in part on the current location of the telephone. | The accused product discloses selecting a function (e.g., emergency alerting) from the datastore (e.g., memory of the accused product), and refresh a screen on the display panel (e.g., refresh screen include displaying assistance in progress i.e., help, timer, etc.) to include the at least one communication service (e.g., location communication service such as GPS location tracking, etc.) associated with the selected function (e.g., emergency alerting) based at least in part on the current location of the telephone (e.g., current GPS location of the accused product).<br><br>As shown, the accused product also includes an emergency alert button. When the emergency button is pressed for 5 seconds, an alert is sent to the LifeStation emergency monitoring centre and a call is automatically placed to the emergency services call centre. The alert includes the current GPS location of the accused product. The accused product includes advanced GPS tracking feature that sends the exact location to emergency services when needed. When the alert is sent, the accused product refreshes the watch screen and displays a help message. |

# Sidekick Smart
# Wearable Medical Alert Smartwatch

 *3,400+ 5 Star Reviews*

**Stay safe and connected—without sacrificing style.** The LifeStation Sidekick Smart is a sleek, smartwatch-style medical alert system designed specifically for older adults. With 24/7 emergency monitoring, GPS location tracking, step counting, heart rate monitoring, and weather updates, it delivers powerful protection in a wearable you'll actually want to wear.

https://www.lifestation.com/pdp-sidekick-smart/

**About**   |   Full Technical Specs

LifeStation Sidekick Smart comes equipped with the following features:

- 4G Network – Includes 4G LTE cellular data connection that operates nationwide.
- Heart Rate Monitor – Built-in heart rate monitor allows you to check your heart rate anytime.
- Pedometer – Built-in pedometer tracks your steps, helping you live a more active, healthy lifestyle.
- GPS – GPS positioning pinpoints your exact location to send emergency services when needed.
- Water Resistant – Water-resistant for use in the shower, while washing hands, watering plants, etc.
- 2-Way Communication – Allows you to speak with our US-based Emergency Monitoring Center by talking directly into the watch.

https://www.lifestation.com/pdp-sidekick-smart/

## Wearable Tech Built to Support Seniors



**Enhanced Location Services**
Combines GPS & WiFi signals for pinpoint accurate
location of your loved one.



**Water Resistant**
Wear while showering, washing hands, or watering
plants for 24/7 protection.





https://www.lifestation.com/pdp-sidekick-smart/

**Do I need any other devices to get help during an emergency?**

No, LifeStation's Sidekick Smart is a complete solution. All LifeStation technology is built directly into the medical monitoring device so you press the emergency alert button and talk directly with our LifeStation monitoring center in the event of an emergency.

https://www.lifestation.com/pdp-sidekick-smart/



https://www.lifestation.com/pdp-sidekick-smart/

## Key Features: Excellent Apps

### Standalone, GPS-enabled System

The Sidekick Smart from LifeStation is a standalone medical device. It doesn't need a smartphone to work properly. The system includes a built-in cellular connection included in your monthly monitoring fees.

The system features a GPS that tracks the wearer's current location. That means that when you're away from home, the watch can tell emergency operators your exact location.

### User interface

The Sidekick Smart operates with a one-button design. Press the button once to wake the watch.

Press and hold the button for 5 seconds to trigger an alert. If you do this accidentally, you can tap the screen to cancel.

Once the watch is awake, you can use its easy tap-and-swipe interface to access its apps.

https://www.medicalalertbuyersguide.org/smartwatch-medical-alert-system/lifestation-sidekick-smart-medical-alert-watch-review/

Sidekick Smart runs on AT&T's network with GPS and Wi-Fi tracking. That means help can be sent no matter where you are, whether you're taking a jog, golfing, or running errands. If you need assistance, simply tap the "emergency call" button on the touch screen or hold down the knob on the side of the watch to connect to the monitoring center.

https://www.seniorliving.org/medical-alert-systems/lifestation/reviews/

Press and hold the LifeStation Smart power button on the right side for a few seconds to initiate a call to LifeStation's 24/7 emergency response center. If you press the button by accident, you can cancel the call by pressing the red X. A microphone and speaker on the back of the watch enable two-way communication with the emergency center. The heart rate sensor and battery charging contacts also sit on the back.

https://www.pcmag.com/reviews/lifestation-sidekick-smart

## In Case of Emergency

If you need assistance, press and **HOLD** the Home Button until you hear the emergency alert message.



**8s**

**HELP**

⊗

**MAKE AN EMERGENCY CALL**

Speak directly at the face of the watch when you are connected to emergency support.

https://www.lifestation.com/wp-content/uploads/2022/01/SIDEKICK-SMARTWATCH.pdf



https://www.youtube.com/watch?app=desktop&v=fl5-01rY17w

Onboard Bluetooth and 4G cellular radios enable a connection to the emergency response center, while GPS and Wi-Fi radios allow emergency response agents to pinpoint your exact location. A built-in pedometer keeps track of your steps, tells you how many calories you've burned, and records how far you travel (in feet). You can also view the local weather report from the watch.

https://www.pcmag.com/reviews/lifestation-sidekick-smart

Conversations sounded clear and adequately loud in testing. The emergency response agents were always professional and friendly, and they provided my exact location every time.

https://www.pcmag.com/reviews/lifestation-sidekick-smart